## BASTAS v. STATE. (No. 8394.)

(Court of Criminal Appeals of Texas. April 16, 1924. Rehearing Denied May 21, 1924.)

Criminal law &dash;1099(11)—Statement of facts, not verified, not considered.

Merits of bills of exception not determined in absence of verified statement of facts.

Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge.

Refugis Bastas was convicted of manufacturing intoxicating liquor, and he appeals. Affirmed.

John T. Spann, of Dallas, for appellant.

Shelby S. Cox, Crim. Dist. Atty., of Dallas, and Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is the manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of five years.

No statement of facts which can be considered accompanies the record. The instrument found and denominated a statement of facts is without verification. Three bills of exception appear, but none of them contain matters, the merits of which can be determined in the absence of a statement of facts.

The judgment is affirmed.